# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-42855 |
| | § | |
| KORTNIE ANTIOHO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,533.00 | Assets Exempt: | $4,750.33 |
| Total Distributions to Claimants: | $3,596.91 | Claims Discharged Without Payment: | $14,361.24 |
| Total Expenses of Administration: | $1,263.76 | | |

3) Total gross receipts of $5,011.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $150.33 (see **Exhibit 2**), yielded net receipts of $4,860.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,263.76 | $1,263.76 | $1,263.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $12,524.68 | $5,433.47 | $5,433.47 | $3,596.91 |
| **Total Disbursements** | $12,524.68 | $6,697.23 | $6,697.23 | $4,860.67 |

4). This case was originally filed under chapter 7 on 12/21/2015. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2016       By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Tax Refund | 1224-000 | $5,011.00 |
| **TOTAL GROSS RECEIPTS** | | $5,011.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| KORTNIE ANTIOHO | Exemptions | 8100-002 | $150.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $150.33 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,215.17 | $1,215.17 | $1,215.17 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $13.48 | $13.48 | $13.48 |
| Green Bank | 2600-000 | NA | $35.11 | $35.11 | $35.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,263.76 | $1,263.76 | $1,263.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US DEPT OF EDUCATION | 7100-000 | $0.00 | $4,820.09 | $4,820.09 | $3,190.86 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Sprint Corp | 7100-000 | $0.00 | $495.19 | $495.19 | $327.81 |
| 3 | American InfoSource LP as agent for | 7100-000 | $0.00 | $118.19 | $118.19 | $78.24 |
| | COOK LAW MAGISTRATE | 7100-000 | $1,860.00 | $0.00 | $0.00 | $0.00 |
| | FARMERS | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| | ILLINOIS DEPARTMENT OF TRANSPORTATION | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ILLINOIS TOLLWAYS | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | JESSE WHITE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LINEBARGER GOGGAN BLAIR | 7100-000 | $2,664.68 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,524.68 | $5,433.47 | $5,433.47 | $3,596.91 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 15-42855 | **Trustee Name:** David Leibowitz |
| **Case Name:** | ANTIOHO, KORTNIE | **Date Filed (f) or Converted (c):** 12/21/2015 (f) |
| **For the Period Ending:** | 11/14/2016 | **§341(a) Meeting Date:** 01/27/2016 |
| | | **Claims Bar Date:** 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Furniture | $600.00 | $0.00 | | $0.00 | FA |
| 2 | Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 3 | Electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2009 Volkswagen CC | $5,933.00 | $3,533.00 | | $0.00 | FA |
| **Asset Notes:** | Likely worth much less currently due to the Volkswagen emissions test fixing litigation | | | | | |
| 5 | Unscheduled 2015 Tax Refund (u) | $0.00 | $4,860.67 | | $5,011.00 | FA |
| **Asset Notes:** | $150.33 is pro-rated amount returned to Debtor. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $8,133.00 | $8,393.67 | $5,011.00 | $0.00 |

**Major Activities affecting case closing:**

06/20/2016  2016 Reporting Period:
Asset - Tax Refund

Claims bar date: 6/15/16. Claims have been reviewed and case is now ready for TFR.

**Initial Projected Date Of Final Report (TFR):** 09/30/2016   **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.                  | 15-42855         | Trustee Name:                    | David Leibowitz   |
|---------------------------|------------------|----------------------------------|-------------------|
| Case Name:                | ANTIOHO, KORTNIE | Bank Name:                       | Green Bank        |
| Primary Taxpayer ID #:    | **-***1646       | Checking Acct #:                 | ******5501        |
| Co-Debtor Taxpayer ID #:  |                  | Account Title:                   | Antioho, Kortnie  |
| For Period Beginning:     | 12/21/2015       | Blanket bond (per case limit):   | $5,000,000.00     |
| For Period Ending:        | 11/14/2016       | Separate bond (if applicable):   |                   |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | * | $5,011.00 | | $5,011.00 |
| | {5} | | Estate Portion of 2015 Tax Refund $4,860.67 | 1224-000 | | | $5,011.00 |
| | {5} | | Debtor's pro-rated portion of 2015 tax refund $150.33 | 1224-002 | | | $5,011.00 |
| 03/24/2016 | 3001 | KORTNIE ANTIOHO | Debtor's Pro-Rated Portion of 2015 Tax Refund | 8100-002 | | $150.33 | $4,860.67 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.17 | $4,856.50 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,848.47 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.57 | $4,840.90 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.55 | $4,833.35 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.79 | $4,825.56 |
| 09/30/2016 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,215.17 | $3,610.39 |
| 09/30/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $13.48 | $3,596.91 |
| 09/30/2016 | 3004 | US DEPT OF EDUCATION | Amount Claimed: 4,820.09;  Distribution Dividend: 66.20; Claim #: 1; Dividend: 66.12; Amount Allowed: 4,820.09; Notes: ; | 7100-000 | | $3,190.86 | $406.05 |
| 09/30/2016 | 3005 | Sprint Corp | Amount Claimed: 495.19;  Distribution Dividend: 66.20; Claim #: 2; Dividend: 6.79; Amount Allowed: 495.19; Notes: ; | 7100-000 | | $327.81 | $78.24 |
| 09/30/2016 | 3006 | American InfoSource LP as agent for | Amount Claimed: 118.19;  Distribution Dividend: 66.20; Claim #: 3; Dividend: 1.62; Amount Allowed: 118.19; Notes: ; | 7100-000 | | $78.24 | $0.00 |

SUBTOTALS     $5,011.00     $5,011.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit 9

| Case No. | 15-42855 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ANTIOHO, KORTNIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1646 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Antioho, Kortnie |
| For Period Beginning: | 12/21/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $5,011.00 | $5,011.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,011.00 | $5,011.00 | |
| | | | Less: Payments to debtors | | $0.00 | $150.33 | |
| | | | **Net** | | $5,011.00 | $4,860.67 | |

| For the period of 12/21/2015 to 11/14/2016 | | For the entire history of the account between 03/14/2016 to 11/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,860.67 | Total Compensable Receipts: | $4,860.67 |
| Total Non-Compensable Receipts: | $150.33 | Total Non-Compensable Receipts: | $150.33 |
| Total Comp/Non Comp Receipts: | $5,011.00 | Total Comp/Non Comp Receipts: | $5,011.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,860.67 | Total Compensable Disbursements: | $4,860.67 |
| Total Non-Compensable Disbursements: | $150.33 | Total Non-Compensable Disbursements: | $150.33 |
| Total Comp/Non Comp Disbursements: | $5,011.00 | Total Comp/Non Comp Disbursements: | $5,011.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-42855 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ANTIOHO, KORTNIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1646 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Antioho, Kortnie |
| For Period Beginning: | 12/21/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,011.00 | $5,011.00 | $0.00 |

**For the period of 12/21/2015 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,860.67 |
| Total Non-Compensable Receipts: | $150.33 |
| Total Comp/Non Comp Receipts: | $5,011.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,860.67 |
| Total Non-Compensable Disbursements: | $150.33 |
| Total Comp/Non Comp Disbursements: | $5,011.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/21/2015 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,860.67 |
| Total Non-Compensable Receipts: | $150.33 |
| Total Comp/Non Comp Receipts: | $5,011.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,860.67 |
| Total Non-Compensable Disbursements: | $150.33 |
| Total Comp/Non Comp Disbursements: | $5,011.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ