UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Anita Kirkwood, | ) | Case No. 15 B 42731 |
| | ) | |
| Debtor. | ) | Honorable Judge A. Benjamin Goldgarr |
| | ) | |

## NOTICE OF WITHDRAWAL

To:  See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on December 14, 2016 (**Document #32**) is withdrawn.   It is withdrawn because the wrong document was filed.

                    /s/ Patrick S. Layng
                    Patrick S. Layng, U.S. Trustee
                    Office of the U.S. Trustee
                    219 South Dearborn, Room 873
                    Chicago, Illinois   60604
                    (312) 886-7481

## CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on December 16, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on December 16, 2016.

                    /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David P. Leibowitz
dleibowitz@lakelaw.com

**Parties Served via First Class Mail:**

**Anita Kirkwood**
PO Box 104
Rivergrove, IL 60171