**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-42731 |
| | § | |
| ANITA KIRKWOOD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,150.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $3,653.11 | Claims Discharged Without Payment: | $50,962.73 |
| Total Expenses of Administration: | $1,285.13 | | |

     3)     Total gross receipts of $5,144.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $205.76 (see **Exhibit 2**), yielded net receipts of $4,938.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,285.13 | $1,285.13 | $1,285.13 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $53,470.00 | $7,145.84 | $7,145.84 | $3,653.11 |
| **Total Disbursements** | $53,470.00 | $8,430.97 | $8,430.97 | $4,938.24 |

4). This case was originally filed under chapter 7 on 12/18/2015. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/14/2016</u>           By:   <u>/s/ David P. Leibowitz</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled income tax refund | 1224-002 | $5,144.00 |
| **TOTAL GROSS RECEIPTS** | | $5,144.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ANITA KIRKWOOD | Exemptions | 8100-002 | $205.76 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $205.76 |

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $1,234.56 | $1,234.56 | $1,234.56 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $10.80 | $10.80 | $10.80 |
| Green Bank | 2600-000 | NA | $39.77 | $39.77 | $39.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,285.13 | $1,285.13 | $1,285.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Americredit Financial | 7100-000 | $6,000.00 | $7,145.84 | $7,145.84 | $3,653.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Services, Inc. dba GM Financial | | | | | |
| AFNI | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| AT&T | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| Capital One Bank (USA), N.A. | 7100-000 | $11,500.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Consumer Portfolio | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Discover | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| First Premier Bnk | 7100-000 | $440.00 | $0.00 | $0.00 | $0.00 |
| Greentree | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Guaranty Bank | 7100-000 | $230.00 | $0.00 | $0.00 | $0.00 |
| Halsted Financial Services | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| JRST (illegible) | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| Local 25 SEIU | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Local SEIU | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| MCI Inc | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| PCC Community Wellness | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| PLS | 7100-000 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| TD Bank/Target | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Tri Taylor Realty | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $53,470.00 | $7,145.84 | $7,145.84 | $3,653.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-42731 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIRKWOOD, ANITA | Date Filed (f) or Converted (c): | 12/18/2015 (f) |
| For the Period Ending: | 11/14/2016 | §341(a) Meeting Date: | 01/27/2016 |
| | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unscheduled income tax refund (u) | $0.00 | $4,938.24 | | $5,144.00 | FA |
| **Asset Notes:** | $205.76 is Debtor's pro-rated portion of tax refund | | | | | |
| 2 | Cash | $50.00 | $50.00 | | $0.00 | FA |
| 3 | PNC Bank | $100.00 | $100.00 | | $0.00 | FA |
| 4 | Household goods/furnishings | $900.00 | $900.00 | | $0.00 | FA |
| 5 | Work Apparel | $100.00 | $100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**

$1,150.00     $6,088.24     $5,144.00     $0.00

**Major Activities affecting case closing:**

06/20/2016    2016 Reporting Period:

Asset - intercepted 2015 tax refund

Claims bar date: 6/6/16 (government claims: 6/15/16)

Claims have been reviewed and case is ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   09/30/2016    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-42731 | Trustee Name: | David Leibowitz |
| Case Name: | KIRKWOOD, ANITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6227 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Anita Kirkwood |
| For Period Beginning: | 12/18/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $5,144.00 | | $5,144.00 |
| | {1} | | Debtor's pro-rated portion of 2015 Income Tax Refund $205.76 | 1224-002 | | | $5,144.00 |
| | {1} | | Estate's share of 2015 Income Tax Refund $4,938.24 | 1224-000 | | | $5,144.00 |
| 03/24/2016 | 3001 | ANITA KIRKWOOD | Debtor's pro-rated portion of 2015 Income Tax Refund | 8100-002 | | $205.76 | $4,938.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.30 | $4,929.94 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.21 | $4,921.73 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.68 | $4,914.05 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.67 | $4,906.38 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,898.47 |
| 10/18/2016 | 3002 | David Leibowitz | Trustee Compensation | 2100-000 | | $1,234.56 | $3,663.91 |
| 10/18/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $10.80 | $3,653.11 |
| 10/18/2016 | 3004 | Americredit Financial Services, Inc. dba GM Financial | Amount Claimed: 7,145.84; Distribution Dividend: 51.12; Claim #: 1; Dividend: 74.57; Amount Allowed: 7,145.84; Notes: Deficiency Claim; | 7100-000 | | $3,653.11 | $0.00 |

| | | | | **SUBTOTALS** | $5,144.00 | $5,144.00 | |

FORM 2

Page No: 2  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-42731 | |
| **Case Name:** | KIRKWOOD, ANITA | |
| **Primary Taxpayer ID #:** | **-***6227 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/18/2015 | |
| **For Period Ending:** | 11/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3101 |
| **Account Title:** | Anita Kirkwood |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |
|---|---|---|
| **TOTALS:** | $5,144.00 | $5,144.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $5,144.00 | $5,144.00 | |
| **Less: Payments to debtors** | $0.00 | $205.76 | |
| **Net** | $5,144.00 | $4,938.24 | |

**For the period of 12/18/2015 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,938.24 |
| Total Non-Compensable Receipts: | $205.76 |
| Total Comp/Non Comp Receipts: | $5,144.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,938.24 |
| Total Non-Compensable Disbursements: | $205.76 |
| Total Comp/Non Comp Disbursements: | $5,144.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2016 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,938.24 |
| Total Non-Compensable Receipts: | $205.76 |
| Total Comp/Non Comp Receipts: | $5,144.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,938.24 |
| Total Non-Compensable Disbursements: | $205.76 |
| Total Comp/Non Comp Disbursements: | $5,144.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 15-42731    Doc 35    Filed 12/16/16    Entered 12/16/16 15:25:30    Desc Main
Document    Page 8 of 8

Page No: 3    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-42731 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIRKWOOD, ANITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6227 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Anita Kirkwood |
| For Period Beginning: | 12/18/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,144.00 | $5,144.00 | $0.00 |

**For the period of 12/18/2015 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,938.24 |
| Total Non-Compensable Receipts: | $205.76 |
| Total Comp/Non Comp Receipts: | $5,144.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,938.24 |
| Total Non-Compensable Disbursements: | $205.76 |
| Total Comp/Non Comp Disbursements: | $5,144.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/18/2015 to 11/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,938.24 |
| Total Non-Compensable Receipts: | $205.76 |
| Total Comp/Non Comp Receipts: | $5,144.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,938.24 |
| Total Non-Compensable Disbursements: | $205.76 |
| Total Comp/Non Comp Disbursements: | $5,144.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ